■ The People of the State of New York, Respondent, v Rafael Soto, Appellant.—Judgment, Supreme Court, New York County (Ira Beal, J.), rendered on September 6, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Milonas, Asch and Smith, JJ.

■ The People of the State of New York, Respondent, v Leonard Taylor, Appellant.—Judgment, Supreme Court, New York County (Richard Failla, J.), rendered on August 29, 1988, unanimously affirmed.